Argued and submitted April 11, reversed May 18, 2011

In the Matter of the Compensation of
Mary Jo Strohm, Claimant.

SAIF CORPORATION
and Gowdy Brothers Electric, Inc.,
*Petitioners,*

*v.*

Mary Jo STROHM,
*Respondent.*

Workers' Compensation Board
0901260; A144952

258 P3d 7

David L. Runner argued the cause and filed the briefs for petitioners.

Philip H. Garrow filed the brief for respondent.

Before Ortega, Presiding Judge, and Sercombe, Judge, and Rosenblum, Senior Judge.

PER CURIAM

Reversed. *SAIF v. DeLeon*, 241 Or App 614, 251 P3d 794 (2011).